UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN MURPHY,
*Plaintiff,*

v.

TOWN OF CUMBERLAND, RI; CUMBERLAND TOWN COUNCIL; JAMES HIGGINS in his capacity as Council President; BRUCE LEMOIS, in his capacity as Council Member; ANTONIO ALBUQUERQUE, in his capacity as Council Member; JEFFREY MUTTER, in his capacity as Council Member; KELLY MORRIS, in her capacity as Council Member; JASON KIRKPATRICK, in his capacity as Council Member; MIA ACKERMAN, in her capacity as Council Member; and TOWN OF CUMBERLAND BUILDING OFFICIAL,
*Defendants.*

CA 07 057 S

FILED
FEB 08 2007
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

*{R.I. Superior Court, C.A. No. PC07-0436}*

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1441 et seq., Rule 81(c) of the Federal Rules of Civil Procedure, and Local Civil Rule 81 of the United States District Court for the District of Rhode Island, defendants allege as follows:

1. Defendants—Town of Cumberland, RI, Cumberland Town Council, James Higgins, Bruce Lemois, Antonio Albuquerque, Jeffrey Mutter, Kelley Morris, Jason Kirkpatrick, Mia Ackerman and the Town of Cumberland Building Official ("Defendants")—are defendants in a civil action filed on January 25, 2007 in the Providence County Superior Court entitled, *Kevin Murphy v. Town of Cumberland, RI, et al.,* *C.A. No. PC07-0436.*

2. Attached hereto, as Exhibit A, is a copy of the complaint filed in the case being removed, pursuant to Local Civil Rule 81(a).

3. Upon information and belief, the complaint in the above described case was served on defendant Town of Cumberland on or about January 29, 2007 and therefore, within thirty (30) days of filing this Notice of Removal. Accordingly, this Notice of Removal is timely under 28 U.S.C. § 1446(b).

4. The above described action, as stated in the attached complaint, is one of which this Court has original federal question jurisdiction, pursuant to the provisions of 28 U.S.C. § 1331, and is therefore one which may be removed to this Court by these defendants, pursuant to the provisions of 28 U.S.C. § 1441(a)-(d). .

5. This Notice of Removal is filed on behalf of all defendants in this matter.

6. A copy of this Notice of Removal will be filed promptly in the Court from which the case is being removed, pursuant to Local Rule 81(a)(1).

7. Within ten (10) days after filing this Notice of Removal, defendants shall file certified or attested copies of the docket sheets and all documents filed in the state court case, pursuant to Local Civil Rule 81(b).

Defendants,
By their attorneys,

Marc DeSisto (Fmn)

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within Notice of Removal was mailed, postage prepaid, on February 8, 2007, to:

K. Joseph Shekarchi, Esq.
33 College Hill Road, Suite 15-E
Warwick, RI 02886