UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN MURPHY,

*Plaintiff,*

v. C.A. No. 07-057 S

TOWN OF CUMBERLAND, RI; et al.,

*Defendants.*

**DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT**

Now come the defendants—Town of Cumberland, RI, Cumberland Town Council, James Higgins, Bruce Lemois, Antonio Albuquerque, Jeffrey Mutter, Kelley Morris, Jason Kirkpatrick, Mia Ackerman and the Town of Cumberland Building Official ("defendants")—and hereby answer plaintiff's complaint as follows:

1. These defendants deny the introductory portion of Count I of the plaintiff's complaint.

2. These defendants admit the allegations contained in paragraphs 1 and 2 of that portion of the plaintiff's complaint entitled, *Parties*.

3. These defendants deny the allegations contained in paragraph 3 of that portion of the plaintiff's complaint entitled, *Jurisdiction*.

4. These defendants admit the allegations contained in paragraph 4 of that portion of the plaintiff's complaint entitled, *The Undisputed Facts of the Case*.

5. These defendants deny the allegations contained in paragraphs 5, 6, 7, 8, 9 and 10 and further state, generally, that the exhibits attached speak for themselves.

6. These defendants deny the allegations contained in paragraphs 11, 12, 13, 14 and 15 of that portion of the plaintiff's complaint entitled, *Allegations*.

7. These defendants deny the Prayers for Relief as set forth in paragraphs 16 and 17 of Count I of the plaintiff's complaint.

8. These defendants deny the allegations contained in paragraphs 18, 19, 20 and 21 of Count II of the plaintiff's complaint.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

These defendants plead absolute and qualified immunity as a bar to the within complaint.

### SECOND AFFIRMATIVE DEFENSE

These defendants plead all forms of statutory and common law immunity as a bar to the within complaint.

### THIRD AFFIRMATIVE DEFENSE

These defendants plead that the only proper party is the Town of Cumberland through its Finance Director and hence these defendants should be dismissed from this suit.

### FOURTH AFFIRMATIVE DEFENSE

These defendants plead that the plaintiff has failed to exhaust his administrative remedies and his State law remedies.

### FIFTH AFFIRMATIVE DEFENSE

These defendants plead ripeness as a bar to the within complaint.

**These defendants demand trial by jury.**

Defendants,
By their attorneys,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court and is available for viewing and downloading from the ECF system. Notice will be sent via other means to:

K. Joseph Shekarchi, Esq.
33 College Hill Road, Ste. 15-E
Warwick, RI 02886
(401) 827-0100
(401) 823-1400 fax
Joe@shekarchilaw.com

*/s/ Marc DeSisto*

Marc DeSisto