STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-0436 KEVIN J MURPHY V TOWN OF CUMBERLAND RI

Filing Date: 01-25-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: WRIT OF MANDAMUS
Status Date: 02-08-2007

Plaintiff: KEVIN MURPHY
ID: @10885372

Attorney: K. SHEKARCHI

Defendant: TOWN OF CUMBERLAND
ID: CUMBERLAN
Defendant: CUMBERLAND TOWN COUNCIL
ID: @10885373
Defendant: JAMES HIGGINS
ID: @10885374
Defendant: BRUCE LEMOIS
ID: @10885376
Defendant: ANTIONIO ALBUQUERQUE
ID: @10885377
Defendant: JEFFREY MUTTER
ID: @10885378
Defendant: KELLEY MORRIS
ID: @10885380
Defendant: JASON KIRKPATRICK
ID: @10885381
Defendant: MIA ACKERMAN
ID: @10885382

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-25-2007 | COMPLAINT FILED | |
| 01-25-2007 | INITIAL FILING FEE | |
| 01-25-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP241639. |
| 02-08-2007 | NOTICE OF REMOVAL | TO US DISTRICT COURT |
| 02-08-2007 | CASE REMVD TO US DISTRICT CT | CASE # CA07-057S |
| 02-08-2007 | OTH DOC FILED DURING DISCOV | NOTICE OF REMOVEAL TO US DISTRICT COURT |

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island