***Town of Cumberland***

***State of Rhode Island***

***Daniel J. McKee***
***Mayor***

January 30, 2007

Mr. Kevin Murphy
17 Little Pond County Road
Cumberland, RI 02864

Dear Mr. Murphy

I am writing to apologize to you for the letter written by Mr. Mark Favreau, Cumberland's former Building Official, dated November 29, 2006. Given the circumstances, I am not comfortable with the tone of the letter and believe as a resident of the Town of Cumberland you should expect more from town government.

Please be informed that I have asked our current Building Official to issue you a Certificate of Occupancy.

I want you to know that my administration has no intention of enforcing fines or imprisonment. I believe that the question of whether the impact fee should or should not be charged can be decided in a way that is both courteous to you as well as fair to the taxpayers of Cumberland.

I am sorry for the way this matter has been handled previously and look forward to working with you to resolve this issue.

Sincerely,

Daniel J. McKee
Mayor

DJM:bg
cc: R. Madden

**45 Broad Street Cumberland, Rhode Island 02864**
**Telephone: (401) 728-2400 Ext 132 Fax (401) 727-3355 www.cumberlandri.org**

CUMBERLAND
MUNICIPALITY

# CERTIFICATE OF USE AND OCCUPANCY

B05-1118
NO. 8

THIS IS TO CERTIFY that the Construct new single family home

erected on Map: 027 Block: 0354 Parcel: 000

Street and No.: 17 LITTLE POND COUNTY RD

Owner: MURPHY KEVIN J Use zone:

Architect or Engineer:

Contractor: MELWICK BUILDERS LLC Builders Reg. No: 23280

Building Permit No.: B05-1118 Plan No.:

has been inspected and the following occupancy thereof

is hereby authorized: Use Group: R-3 ONE AND TWO FAMILY ATTACHED

Construction Type: 5B

| Occupancies: Max. Allowable Floor live loads per sq. ft. | Occupancy Load |
|---|---|
| Basement: UNFINISHED | |
| 1st Floor: LIVING AREA | |
| 2nd Floor: LIVING AREA | |
| 3rd Floor: | |
| Other: | |

Remarks: PENDING FINAL DECISION AND OUTCOME OF IMPACT FEE DETERMINATION IF APPLICABLE. PER BUILDING OFFICIAL RAYMOND MADDEN.

Code Edition: Required Sprinkler System? NO

This Certificate must be posted where required by the State Building Code, and permanently maintained in a conspicous place at or close to the entrance of the building or structure referred to above.

01/30/2007
CO ISSUED

[signature]
BUILDING OFFICIAL

None
EXPIRATION DATE

On Site