UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN MURPHY,
*Plaintiff,*

v.

TOWN OF CUMBERLAND, RI; et al.,

*Defendants.*

C.A. No. 07-57S

**ENTRY OF APPEARANCE**

I, Michael A. DeSisto, Esq., hereby enter my appearance in the above-captioned matter on behalf of the Defendants, Town of Cumberland, Cumberland Town Council, James Higgins, Bruce Lemois, Antonio Albuquerque, Jeffrey Mutter, Kelley Morris, Jason Kirkpatrick, Mia Ackerman and the Town of Cumberland Building Official, each in their official capacities.

Defendants,
By their attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto, Esq. (#2444)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on April 4, 2007, and is available for viewing and downloading from the ECF system. Notice will be sent via other means to:

K. Joseph Shekarchi, Esq.
33 College Hill Road, Ste. 15-E
Warwick, RI 02886
(401) 827-0100
(401) 823-1400 fax
Joe@shekarchilaw.com

*/s/ Michael A. DeSisto*

Marc DeSisto