UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KEVIN MURPHY,

v.

TOWN OF CUMBERLAND, RI; et al.,

C.A. No. 07-57 S

**DISMISSAL STIPULATION**

This matter is dismissed with prejudice, no interest and no costs.

Plaintiffs,
By Their Attorneys,

*/s/ K. Joseph Shekarchi*

K. Joseph Shekarchi, Esq. (#4493)
33 College Hill Road, Ste. 15-E
Warwick, RI 02886
(401) 827-0100
(401) 823-1400 fax
Joe@shekarchilaw.com

Defendants,
By Their Attorneys,

*/s/ Michael A. DeSisto*

Michael A. DeSisto (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
(401) 272-4442
(401) 272-9937 fax
michael@desistolaw.com

CERTIFICATION

I hereby certify that the within document has been electronically filed with the Court on May 3, 2007, that it is available for viewing and downloading from the ECF system, and that counsel of record listed below will receive notice via the ECF system.

K. Joseph Shekarchi, Esq.
Joe@shekarchilaw.com

*/s/ Michael A. DeSisto*

Michael A. DeSisto